JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| KECIA BALLARD, | Case No.: 2:25-cv-04178-MWF-AGR |
| Plaintiff, | |
| vs. | **ORDER** |
| BANK OF AMERICA, N.A. | |
| Defendant. | |

## ORDER

Pursuant to the stipulation of the Parties, defendant Bank of America, N.A. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 6, 2025

_____
Hon. Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE